**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:02CV140-H**

| | |
|---|---|
| **JAMES C. GRAHAM,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **MERCHANTS METALS, INC.,** ) | |
| ) | |
| Defendant. ) | |

_____

**THIS MATTER** is before the Court on the parties' "Joint Motion To Dismiss With Prejudice" (document #76) filed August 5, 2005. The Joint Motion is hereby **GRANTED**, that is, the above-entitled matter is **DISMISSED WITH PREJUDICE.**

**PROVIDED FURTHER**, per agreement of the parties, each shall bear their own costs and attorney fees.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

**Signed: August 8, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge