RECEIVED
STATESVILLE, NC
JUL 2 6 2005
Clerk, U. S. Dist. Court
W. Dist of N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| JAMES C. GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 5:02CV140-H |
| | ) | |
| MERCHANT METALS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER EXTENDING TIME

For good cause shown in the foregoing Application, it is ORDERED that the Plaintiff be allowed through _September 16_, 2005, to respond to **Defendant Merchant Metals, Inc.'s Motion to Exclude Keith Norris as an Expert Witness and Defendant Merchant Metals, Inc.'s Motion for Summary Judgment** in this matter.

This the _5th_ day of _August_, 2005.

_Carl Horn, III_
U.S. Magistrate Court Judge

